# Court of Appeals
# of the State of Georgia

ATLANTA, September 02, 2022

*The Court of Appeals hereby passes the following order*

**A23D0020. TIMOTHY M. ROLLO et al. v. ROMMELL NEU et al. .**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

21105765



Court of Appeals of the State of Georgia
　　Clerk's Office, Atlanta, September 02, 2022.

　　*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

　　*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , Clerk.